No. 23-10422

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

CALTON & ASSOCIATES, INC., DWAYNE K. CALTON, individually and as Trustee of the DWAYNE K. CALTON TRUST, UTA 3/30/1989, RANDALL L. CICCATI, RAMESHWAR SINGH, DEREK J. CALTON, LORETTA D. CALTON, GEORGE G. HARRINGTON, JR., and JILL M. CICCATI,

Plaintiffs-Appellees

v.

JOHN SIMMERS, individually and as Trustee of the SIMMERS FAMILY TRUST DATED 9/18/92,

Defendant -Appellant.

## APPELLANT'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF APPEAL

Nicole Deese Newlon
John E. Johnson
James J. Burns
JOHNSON, NEWLON & DECORT, P.A.
3242 Henderson Blvd., Suite 210
Tampa, Florida 33609
(813) 699-4858

*Attorneys for Defendant-Appellant, John Simmers*

No. 23-10422
*Calton & Associates, Inc. v. John Simmers*

## Certificate of Interested Persons and Corporate Disclosure Statement

Defendant-Appellant John Simmers, by his undersigned counsel and pursuant to Federal Rule of Appellate Procedure 26.1 and the Eleventh Circuit Rule 26.1-1, certifies that the Certificate of Interested Persons and Corporate Disclosure Statement contained in the Initial Brief of Appellant, JOHN SIMMERS, individually and as Trustee of the SIMMERS FAMILY TRUST DATED 9/18/92, as updated by all subsequent briefs, is complete.

# UNOPPOSED MOTION FOR
# VOLUNTARY DISMISSAL OF THE APPEAL

COMES NOW, Appellant, John Simmers, individually and as Trustee of the Simmers Family Trust Dated 9/18/92, by and through the undersigned counsel hereby moves this Court for leave to voluntarily dismiss the instant case against Appellees, Calton & Associates, Inc., Dwayne K. Calton, individually and as Trustee of the Dwayne K. Calton Trust, UTA 3/30/1989, Randall L. Ciccati, Rameshwar Singh, Derek J. Calton, Loretta D. Calton, George G. Harrington, Jr., And JILL M. CICCATI.

1. Appellant filed his Initial Brief on April 25, 2023.

2. Appellees filed their Answer Brief on June 23, 2023.

3. Appellant then filed its Reply Brief on July 20, 2023.

4. Appellant sought this Court's review of the trial court's order confirming the arbitration award.

5. The Parties have agreed to terms to fully and finally resolve the appeal and the underlying action in the district court. FED. R. APP. P. 42(b)(2).

6. The Parties have agreed that each side shall bear its costs and fees on appeal.

**[signature appears on following page]**

1

Dated: September 21, 2023.

        */s/ Nicole Deese Newlon*
        JOHN E. JOHNSON
        Florida Bar Number 593000
        jjohnson@jclaw.com
        NICOLE DEESE NEWLON
        Florida Bar Number 832391
        nnewlon@jclaw.com
        JAMES JEFFREY BURNS
        Florida Bar Number 111395
        jburns@jclaw.com
        **Johnson, Newlon & DeCort, P.A.**
        3242 Henderson Blvd., Suite 210
        Tampa, Florida 33609
        Telephone (813) 699-4859
        Facsimile: (813) 235-0462
        *Counsel for Appellant*

## Certificate of Compliance

I certify that this brief complies with the type-volume limitation set forth in Rule 27(d)(2) and 32(c) of the Federal Rules of Appellate Procedure. This motion uses Times New Roman 14-point typeface and contains 522 words.

        /s/ Nicole Deese Newlon
        Nicole Deese Newlon
        Florida Bar No. 832391

## Certificate of Service

I HEREBY CERTIFY that on September 21, 2023, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will serve all counsel of record, including Matthew J. Conigliaro, mconigliaro@carltonfields.com, Carlton Fields, P.A., and Robert Persante, firm@persantelaw.com, Persante Zuroweste P.A.

/s/ Nicole Deese Newlon
Nicole Deese Newlon
Florida Bar No. 832391