# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 22, 2023

Clerk - Middle District of Florida
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 23-10422-HH
Case Style: Calton & Associates, Inc., et al v. John Simmers
District Court Docket No: 8:20-cv-00851-VMC-CPT

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 23-10422-HH

_____

CALTON & ASSOCIATES, INC.,
DWAYNE K. CALTON,
 individually and as Trustee of
the Dwayne K. Calton Trust, UTA 3/30/1989,
RANDALL L. CICCATI,
RAMESHWAR SINGH,
DEREK J. CALTON, et al.,

                                                Plaintiffs - Appellees,

versus

JOHN SIMMERS,
individually and as trustee of the Simmers
Family Trust dated 9/18/92,

                                                Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER: Appellant's motion to voluntarily dismiss appeal is GRANTED by clerk. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective September 22, 2023.

                                                DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                                                FOR THE COURT - BY DIRECTION